IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW J. SCHOMMER, | |
| Plaintiff, | 4:23-CV-3020 |
| vs. | |
| ENTERPRISE RENT-A-CAR COMPANY-MIDWEST, LLC, | JUDGMENT |
| Defendant. | |

On the parties' joint stipulation of dismissal (filing 120), this case is dismissed with prejudice.

Dated this 2nd day of October, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge